1
2
3
4
5
6
7
8
9
10
11
12              **UNITED STATES DISTRICT COURT**
13      **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**
14

| | |
|---|---|
| 15  JARED ABARCA, an individual, | Case No.: 5:21−cv−01883−JWH−SP |
| 16                Plaintiff, | |
| 17 | |
| 18     v. | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| 19  TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 10, inclusive, | |
| 20 | |
| 21 | |
| 22              Defendants. | |

23
24
25
26
27
28

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that Plaintiff Jared Abarca's and Defendant Target Corporation's Stipulated Protective Order lodged with the Court on April 12, 2022 is approved and adopted as the Order of the Court.

DATED: April 25, 2022

_____
The Honorable Sheri Pym
United States Magistrate Judge